UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5010000 |
| ENRIQUE MERCADO | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5010000 against defendant Enrique Mercado, which was filed on November 13, 2013, charging him with possessing a knife with a blade over 2.5 inches in length at a federal facility, in violation of 18 USC § 930(a), for the reason that prosecution of the defendant is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by the defendant of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 5/29/14